United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CADENCE BANK, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-2678 |
| JPMORGAN CHASE BANK, N.A., | § | |
| Defendant. | § | |

## ORDER

This court has reviewed the United States Magistrate Judge's Memorandum and Recommendation on Chase Bank's motion to dismiss Defendant EIG Investment Group LLC, (Docket Entry No. 98), and made a de novo determination. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). No objections were filed.

Based on the briefing, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. Chase Bank's motion to dismiss, (Docket Entry No. 23), is granted. Because Cadence Bank failed to timely serve EIG Investment Group LLC, the claims against EIG Investment Group LLC are dismissed.

SIGNED on January 27, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge